IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ERNESTINA GONZALEZ-LEMUS,<br><br>    Defendant. | 4:11MJ3030-2<br><br>DETENTION ORDER<br><br>COMPLAINT |

**IT IS ORDERED,**

1)  The above-named defendant shall be detained until further order, because:

  --  The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

  --  The Court's findings are based on the evidence presented in court and contained in the court's records, and includes the following: Complaint[1] and Pretrial Services report[23].

2)  Preliminary hearing is waived.

June 10, 2011       BY THE COURT:

                  *s/Cheryl R. Zwart*
                  Cheryl R. Zwart
                  United States Magistrate Judge